CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

Christopher R. Bush 243471
DOAN LAW FIRM
1930 S Coast Hwy #206
Oceanside, CA  92054
(760) 450-3333
chrisb@doanlaw.com

Order Entered on
October 15, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ALAN JAY PAIGE

Debtor.

BANKRUPTCY NO. 12-12246-LA13

Date of Hearing:
Time of Hearing:
Name of Judge:  Louise DeCarl Adler

## ORDER ON MOTION FOR DISCHARGE (FRBP 1016)

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2      with exhibits, if any, for a total of 2     pages, is granted.  Motion/Application Docket Entry No. 42

//

//

//

//

//

//

DATED:   October 14, 2015

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

DOAN LAW FIRM
(Firm name)

By: /s/ Christopher R. Bush
    Attorney for  [X] Movant   [ ] Respondent

CSD 1001A

CSD 1001A [11/15/04](Page 2)
ORDER ON MOTION FOR DISCHARGE (FRBP 1016)
DEBTOR: ALAN JAY PAIGE                                            CASE NO:12-12246-LA13

---

The Court, having reviewed and considered the Motion and upon no opposition being presented and for good cause appearing:

IT IS ORDERED:

This case may proceed in due course to discharge as though Debtor's death had not occurred.

CSD 1001A

Signed by Judge Louise DeCarl Adler October 14, 2015